UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SPEARS,  )
                   )
    Plaintiff(s),  )   No. C10-4873 BZ
                   )
    v.             )
                   )   **BRIEFING ORDER**
LITTON LOAN SERVICING LP and)
DOES 1 through 6, INCLUSIVE,)
                   )
                   )
    Defendant(s). )
                   )

Having received defendant's motion to dismiss, **IT IS ORDERED** as follows:

1. Any opposition to defendant's motion shall be filed by **December 8, 2010.** Any reply shall be filed by **December 22, 2010.**

2. The motion is scheduled to be heard on **February 2, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. By no later than **December 8, 2010**, both parties shall consent to or decline magistrate judge jurisdiction. The form

1

1 | to consent to or decline magistrate judge jurisdiction may be
2 | found on the court's website at:
3 | http://www.cand.uscourts.gov

Dated: November 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SPEARS V. LITTON LOAN\BRIEFING ORDER.wpd

2