KEITH R. OLIVER (SBN 257837)
OLIVER & ASSOCIATES
440 Davis Court #922
San Francisco, California 94111
Telephone (415) 834-0909
Facsimile (415) 834-0909

Attorney for Plaintiff
GWENDOLYN SPEARS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GWENDOLYN SPEARS, | Case No.  CV-10-4873 BZ |
| Plaintiff, | |
| vs. | |
| | **[PROPOSED] ORDER** |
| LITTON LOAN SERVICING LP; and DOES 1 through 6, inclusive, | **RE;  PARTIES' STIPULATION TO CONTINUE MAY 2ND CASE MANAGEMENT CONFERENCE FOR TWO WEEKS** |
| Defendants. | |

Having considered the parties' stipulation and the conflict between mediation and CMC dates the Court agrees to continue the May 2, 2011 Case Management Conference for two

weeks.  The new date and time for the Case Management Conference will be May 16, 2011 at 4pm in Courtroom G 15th floor.

**IT IS SO ORDERED.**

Dated:  April  27  , 2011          By: _____

Hon. Judge Bernard Zimmerman