1  KEITH R. OLIVER (SBN 257837)
   OLIVER & ASSOCIATES
2  440 Davis Court #922
   San Francisco, California 94111
3  Telephone (415) 834-0909
   Facsimile (415) 834-0909
4
5  Attorney for Plaintiff
   GWENDOLYN SPEARS
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                       SAN FRANCISCO DIVISION

10
11 GWENDOLYN SPEARS,                    )   Case No.  CV-10-4873 BZ
                                        )
12            Plaintiff,                )
                                        )
13                                      )
       vs.                              )
14                                      )   [PROPOSED] ORDER
                                        )
15 LITTON LOAN SERVICING LP; and        )   RE: STIPULATION DISMISSING
   DOES 1 through 6, inclusive,         )   ACTION WITH PREJUDICE
16                                      )
              Defendants.               )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )

*ORDER RE: STIPULATION TO DISMISSAL WITH PREJUDICE*                    Page  1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## ORDER

In light of the Stipulation of the parties, and good cause appearing therefor, it is hereby ordered that (1) this action is dismissed with prejudice, in its entirety; and (2) each party shall bear their own costs, attorneys' fees and other fees incurred in connection with this action. The Clerk of Court is ordered to close the case.

**IT IS SO ORDERED.**

Dated: May 12, 2011        By: _____
                                Hon. Judge Bernard Zimmerman